# United States Court of Appeals
## For the First Circuit

No. 11-1288

SURABIAN REALTY CO., INC.,

Plaintiff, Appellant,

v.

PREMIER EDUCATION GROUP, L.P., d/b/a The Salter School, ET AL.,

Defendants, Appellees.

Before

Lynch, Chief Judge,
Torruella and Thompson, Circuit Judges.

JUDGMENT

Entered:  May 10, 2013

    The judgment of the district court is summarily affirmed.  See 1st Cir. R. 27.0(c).  Appellant does not contest the representation that the build-out of the Additional Demised Premises has been completed.  Although the trashing of that property without a build-out for many months arguably violated maintenance obligations while impairing the "quality or tone of the Demised Premises [and] the Shopping Center," Original Lease § 9(C)(n), appellant failed to oppose summary judgment with material evidence of the corresponding harm to its business.  There is no remaining live controversy as to which it could have avoided judgment.

    Affirmed.

                                  By the Court:
                                  /s/ Margaret Carter, Clerk.

cc: Roy Bourgeois, Benjamin Rudolf, Richard Howard, Daniel Tranen